IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**LESLIE REBSTOCK**                                                                        **PLAINTIFF**

V.                      CASE NO. 3:20-CV-180-ERE

**ANDREW SAUL, Commissioner,**
**Social Security Administration**                                          **DEFENDANT**

## **JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED with prejudice. Judgment is entered in favor of the Defendant.

DATED this 24th day of June, 2021.

_____
UNITED STATES MAGISTRATE JUDGE